IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )         8:07CR253
                                )
      v.                        )
                                )
NATHANIEL J. SPENCER,           )         ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 11). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for dismissal is granted; the indictment filed herein as it relates to the defendant Nathaniel J. Spencer is dismissed without prejudice.

DATED this 11th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court